Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAEVE INVESTMENT COMPANY LIMITED PARTNERSHIP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEEKAY CORP., PETER EVENSEN, and VINCENT LOK,<br><br>Defendants. | No. 2:16-cv-01908-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY FOR LEAD PLAINTIFF AND THE PROPOSED CLASS |

The Motion for Withdrawal of Attorney Daniel C. Mulvney is hereby GRANTED. It is ORDERED that Daniel C. Mulvney be permitted to withdraw his appearance as counsel in this matter for Plaintiff and the proposed class.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Date: 10 August 2017

1

MOTION FOR WITHDRAWAL OF ATTORNEY FOR
LEAD PLAINTIFFS AND THE PROPOSED CLASS
Case No. 2:16-cv-01908-JLR

KESSLER TOPAZ MELTZER & CHECK, LLP
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087