# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAEVE INVESTMENT COMPANY LTD. PARTNERSHIP,

Plaintiff,

v.

TEEKAY CORP., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. C16-1908 MJP

__ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff has failed to adequately plead its claims against Defendants and those claims will be DISMISSED with prejudice.

Dated: November 7, 2017.

William M. McCool
Clerk of Court

s/ Paula McNabb
Deputy Clerk